NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE GUERRERO LOZANO, JR.,               )
                                         )
            Appellant,                   )
                                         )
v.                                       )   Case No. 2D17-3051
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____     )

Opinion filed February 28, 2018.

Appeal from the Circuit Court for
Collier County; Frederick R. Hardt, Judge.

Jose Guerrero Lozano, Jr., pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.